IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HOYT MIDDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-190-MEF |
| ) | (WO – Do not publish) |
| ALABAMA CVS PHARMACY, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Now pending before the Court is Plaintiff James H. Middleton's Motion for Leave to File an Amended Complaint (Doc. #16), which was filed on September 3, 2013. According to the Uniform Scheduling Order (Doc. #15), motions to amend the pleadings must be filed on or before September 3, 2013. The Plaintiff's motion was timely filed and leave to amend should freely be given when justice so requires. Fed. R. Civ. P. 14(a)(2).

Accordingly, it is ORDERED as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #16) is GRANTED.

2. Plaintiff shall have fourteen (14) days from the date of this Order to file an amended complaint.

DONE this the 6th day of September, 2013.

/s/   Mark E. Fuller
UNITED STATES DISTRICT JUDGE