IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES L. MIDDLETON, as        )
Administrator and Personal    )
Representative of James       )
Hoyt Middleton, deceased,     )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:13cv190-MHT
                              )          (WO)
ALABAMA CVS PHARMACY, LLC,    )
                              )
    Defendant.                )
```

## JUDGMENT

Before the court is plaintiff's unopposed motion to withdraw his motions to enforce settlement and tax costs. The motion to withdraw informs the court that the case is settled and all settlement funds have now been received. Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

(1) Plaintiff's unopposed motion to withdraw motions to enforce settlement and tax costs (doc. no. 69) is granted.

(2) Plaintiff's motion to enforce settlement agreement (doc. no. 51), amended motion to enforce settlement agreement (doc. no. 66), motion to tax costs (doc. no. 66), and supplement to the amended motion to enforce settlement agreement and tax costs (doc. no. 68) are withdrawn.

(3) This case is dismissed with prejudice in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE